IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-01837-JLK-CBS**

**PATRICK JETER,**

    Plaintiffs,

v.

**THE REGIONAL ADJUSTMENT BUREAU, INC.,**

    Defendant.

## ORDER OF DISMISSAL

**Kane, J.**

Pursuant to settlement, the case is dismissed *with* prejudice and without costs to either party.

Dated: November 19, 2009

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT